1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>COLORADO INTERNET SERVICES, LLC, a Colorado Limited Liability Company d/b/a ONE OFFICE SOFTWARE; ERIK JEFFRIES, an Individual; MY CHOICE SOFTWARE, LLC, a California Limited Liability Company; DIGISOFT, LLC, a Washington Limited Liability Company; BARGAIN SOFTWARE SHOP, LLC, a Texas Limited Liability Company; FIRST SOFTWARE SOURCE, a Business Entity of Unknown Status; SOFTWARE TECH, a Business Entity of Unknown Status; SOFTWARE SPEEDY, a Business Entity of Unknown Status; and DOES 1-10, Inclusive,<br><br>           Defendants. | Case No.: CV13-04193 EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:     December 12, 2013<br>[Proposed] CMC:  January 23, 2014<br><br>Honorable Edward M. Chen<br>Courtroom 5 |

- 1 -
**[PROPOSED] ORDER – CASE NO.: CV13-04193 EMC**

1     The Court, having read and considered the Stipulated Request to Re-Schedule Case
2 Management Conference filed by Plaintiff Adobe Systems Incorporated and Defendant Software
3 Tech and good cause being found, hereby GRANTS the stipulated request.

4     IT IS HEREBY ORDERED that the Case Management Conference is continued to
5 Thursday, J~~anuary 23, 20~~14 [February 13, 2014] at 9:00 a.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue,
6 San Francisco, California.

7     IT IS HEREBY FURTHER ORDERED that Plaintiff shall give Defendants notice of the
8 continued CMC date upon entry of this Order by the Court.

9     IT IS HEREBY FURTHER ORDERED that Defendant Software Tech waives no
10 defenses to the First Amended Complaint by entering into this Stipulation.

11
12 DATED: December __5__, 2013

13     By: _____
14     Honorable Edward M. Chen
    United States District Judge
15     Northern District of California



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On December 2, 2013, I served the within document(s):

### [PROPOSED] ORDER

☐     FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒     MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐     PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐     CM/ECF - by electronically transmitting the document(s) listed above to:

**Colorado Internet Services, LLC**
**d/b/a One Office Software**
**10835 Dover Street, Suite 500**
**Westminster, CO 80021**

**My Choice Software, LLC**
**27356 Ventosa**
**Mission Viejo, CA 92691**

**Bargain Software Shop, LLC**
**16708 Picadilly Court #100**
**Round Rock, TX 78664**

**Andrew D. Winghart, Esq.**
**WINGHART LAW GROUP**
**495 Seaport Court, Suite 104**
**Redwood City, CA 94063**

**Attorney for Software Tech**

**Erik Jeffries**
**10835 Dover Street, Suite 500**
**Westminster, CO 80021**

**DIGISOFT, LLC**
**c/o SHK Group, PLLC**
**2340 130th Ave. NE, Suite 202**
**Bellevue, WA 98005**

**First Software Source**
**382 NE 191st, Suite #60808**
**Miami, FL 33179**

**Software Speedy**
**4060 Peachtree Rd. NE**
**Atlanta, GA 30319**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2013, at Los Angeles, California.

_____/s/_____
Catherine Brannan