IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

v.

BARGAIN SOFTWARE SHOP, LLC, and DOES 1 THROUGH 10,

    Defendant.
_____/

No. C 14-03721 WHA

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12, this order *sua sponte* refers the above-captioned case to the Honorable Judge Edward Chen to consider whether this case is related to *Adobe Systems Incorporated v. Colorado Internet Services, LLC et al.*, No. 3:13-cv-04193-EMC, in which claims against, *inter alia*, Bargain Software Shop, LLC were dismissed without prejudice for improper joinder. All parties have until **NOON ON SEPTEMBER 26, 2014** to file a response, opposition, or statement in support of relating the cases.

**IT IS SO ORDERED.**

Dated: September 22, 2014.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE