United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

         Plaintiff,

    v.

SOFTWARE SPEEDY, et al.,

        Defendants.

Case No.  14-cv-02152-SI

**ORDER REFERRING CASE FOR
RELATED CASE DETERMINATION**

       Pursuant to Northern District of California Local Rule 3-12(c), the undersigned refers this case to Judge Chen with a request that Judge Chen consider whether this case is related to *Adobe Systems Incorporated v. Colorado Internet Services, LLC*, No. C 13-4193 EMC.

      **IT IS SO ORDERED**.

Dated: November 3, 2014

_____

SUSAN ILLSTON
United States District Judge